# Third District Court of Appeal
## State of Florida

Opinion filed May 3, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D23-227
Lower Tribunal No. F13-18863A

————————

**Jean Aime Laporte,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Jean Aime Laporte, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, SCALES and LINDSEY, JJ.

PER CURIAM.

Affirmed.